IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR MACIEL,
Appellant,
vs.
ESMERALDA MENDEZ,
Respondent.

No. 85366

**FILED**

OCT 2 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on September 19, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nadin Cutter, District Judge, Family Court Division
Cesar Maciel
Esmeralda Mendez
Eighth District Court Clerk

22-33077